IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KYLE R. ENTY,                                   :
    Plaintiff,                              :
                                         :
    v.                                       :          CIVIL ACTION NO. 23-CV-4651
                                          :
CITY OF PHILADELPHIA, *et al.*,                 :
    Defendants.                             :

## ORDER

AND NOW, this 22nd day of December, 2023, upon consideration of Plaintiff Kyle R.

Enty's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it

is **ORDERED** that:

    1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

    2.      The Complaint is **DEEMED** filed.

    3.      The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the

Court's Memorandum.

    4.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

    /s/ Gerald Austin McHugh
**GERALD A. MCHUGH, J.**